IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
NO. 3:21-CV-00182-FDW-DSC

| | |
|---|---|
| Yolanda A. Bennett, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE SETTLEMENT NOTIFICATION |
| vs. ) | |
| ) | |
| The Prudential Insurance Company ) | |
| of America, ) | |
| Defendant. ) | |

Please be advised that a settlement has been reached in the above matter and the paperwork is being finalized. A dismissal will be filed on or before October 15, 2021.

Dated this 21st day of September, 2021.

                                                                                                  s/Robert A. Whitlow
                                                                                                  NC Bar No. 26985
Attorney for Plaintiff
Sellers, Ayers, Dortch & Lyons, P.A.
301 South McDowell Street, Suite 410
Charlotte, NC 28204-2686
Telephone: (704) 377-5050
Fax: (704) 339-0172
Email: rwhitlow@sellersayers.com

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Case Settlement Notification* was filed with the Clerk of Court using the CM/ECF system, which will also notify the following:

Ethan Goemann
Attorney for the Defendant
SEYFARTH SHAW LLP
121 West Trade Street, Suite 2020
Charlotte, NC 28202
Telephone: (704) 925-6026
Fax: (704) 946-6083
Email: egoemann@seyfarth.com


Shelley R. Hebert (pro hac vice)
SEYFARTH SHAW LLP
233 S. Wacker Avenue, Suite 8000
Chicago, IL 60606
Telephone: (312) 460-5000
Fax: (312) 460-7000
Email: shebert@seyfarth.com